849 F.2d 601
 Harriatt (Arthur Lee)
v.
U.S., DuMont (W. Hunt), Gerber (Steven), Ruotolo (Andrew),
Phillips (James), Portee (Howard Albert), Peterson (Edwin),
Dougherty (James), Romano (Ronald), Moffett (Charles), Amaya
(Rene), Garci Garcia, J.), Rohen (G.), Stephens (A.), Flynn
(T.), Susalis (Nicholas), Smith (Daniel), Cope (James T.),
Jones (Paul), Wistner (August), Lake (Joseph), Hribik
(James), Stepanchuk (w.), Cooper (Neil), Johnson (Helen)
 NOS. 87-5678, 87-5747
 United States Court of Appeals,
Third Circuit.
 MAY 12, 1988
 
 Appeal From: D.N.J.,
 Thompson, J.
 
 
 1
 AFFIRMED.